Dear Clerk; Court of Criminal Appeals.

I would like to file for an extension but make it known to this court that I am filing a Petition for Discretionary Review and will file an Application for a Writ of Habeas Corpus and make notice of such before due date in case number Appellate Case Number: 11-15-00095-CR. Trial Court Case Number CR-2498 which is dismissed by the 11th District Court of Appeals for want of jurisdiction. I do not have an appeals attorney and I am indigent and would like to file for one in this case. Also I am incarcerated and seek an extension for filing due to I have to do everything by mail and it can take longer - I am awaiting the Copy's of the Writ of habeas Corpus from District Court 385th to file, please advise I have also applied for a court appointed attorney from them. Please send me information to the following address: Jesus Daniel Hernandez 4406 W. Storey, Midland, TX 79703.

Respectfully,

Jesus Daniel Hernandez